**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    Case No. 4:07cv422-SPM-WCS

TOMPKINS W. WHITE,

    Defendant.

_____/

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**

    This motion comes before the court on the Plaintiff's motion for summary judgment (doc. 8), Defendant's reply (doc. 10), and Plaintiff's response (doc. 12).

    There are no material facts at issue. Defendant admits that he secured a Direct Consolidation Loan from the United States Department of Education ("DOE") in 1999 and that the loan remains unpaid. The amount owed by Defendant is not in controversy. That being said, Plaintiff's motion is denied for the following reason. In both its complaint and motion for summary judgment, Plaintiff cited Title 20, United States Code, Section 1070 et seq. as grounds for its claim to relief. These are not the applicable statutes for the loan upon which the Defendant has defaulted and thus do not provide grounds for a claim to relief

in this case. Defendant secured his direct loan from DOE through the William D. Ford Direct Loan Program which is governed by Title 20, United States Code, Section 1087a et seq. Although it appears that Plaintiff has stated a claim for relief under those sections, Plaintiff pleaded a different cause that is not applicable to this case.  Accordingly it is hereby

ORDERED AND ADJUDGED:

1. Plaintiff's motion for summary judgment (doc. 8) is denied.

2. Plaintiff has leave to file an amended complaint on or before July 31, 2008.

DONE AND ORDERED this 9th day of July, 2008

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

Case No.: 4:07cv422-SPM-WCS