IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     CASE NO.: 4:07cv422-SPM/WCS

THOMPKINS W. WHITE,

    Defendant.

_____/

**ORDER DIRECTING PLAINTIFF TO FILE
CERTIFICATE OF CONSULTATION**

    This cause comes before the Court on Plaintiff's Motion to Continue Pre-Trial Conference (doc. 16). The motion does not contain a certificate of consultation as required under Northern District of Florida Local Rule 7.1(B). Accordingly, it is

    ORDERED AND ADJUDGED: On or before July 21, 2008, Plaintiff shall amend its motion with a certificate of consultation.

    DONE AND ORDERED this 16th day of July, 2008.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge