IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.  CASE NO.: 4:07cv422-SPM/WCS

THOMPKINS W. WHITE,

    Defendant.

_____/

## ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL

This cause comes before the Court on Plaintiff's Motion to Continue Pre-Trial Conference (doc. 16).  Defendant does not oppose (doc. 18).

In light of the amended complaint recently filed by Plaintiff, a continuance is appropriate.  Defendant has yet to file an answer to the amended complaint and Plaintiff anticipates filing a renewed motion for summary judgment.  The pretrial conference and trial should be postponed to allow the parties time to file.  Accordingly, it is

ORDERED AND ADJUDGED:

1.     The Motion to Continue Pre-Trial Conference (doc. 16) is granted.

2.     The pretrial conference scheduled for August 4, 2008, is cancelled.

3.	Trial is continued to November 17, 2008, at 8:30 a.m. at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED this 23rd day of July, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge