IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO.: 4:07cv422-SPM/WCS

THOMPKINS W. WHITE,

    Defendant.

_____/

### ORDER GRANTING MOTION FOR CONTINUANCE

This cause comes before the Court on Plaintiff's Motion for a Continuance (doc. 23). Plaintiff explains that it has recently filed a motion for summary judgment. Defendant's response is not yet due, but it appears that Defendant will not contest liability. Based on the foregoing, it is

ORDERED AND ADJUDGED:

1.     The Motion for a Continuance (doc. 23) is granted.

2.     The pretrial conference and trial will be held in abeyance pending a ruling on the motion for summary judgment.

DONE AND ORDERED this 27th day of October, 2008.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge